■ In the Matter .of the Construction of the Trust Agreements Made between William J. Reilly, as Settlor, and William J. O'Shea, Jr., et al., as Trustees. William J. Reilly, as Settlor, Appellant-Respondent; Anna R. Devlin et al., Respondents-Appellants; William J. O'Shea, Jr., et al., as Trustees, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Frank, Valente and McNally, JJ. [See 3 A D 2d 1001.]

■ Anne Seabrook, Respondent-Appellant, v. John M. Seabrook, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ. [See 3 A D 2d 993, 1004.]

■ In the Matter of Samuel J. Gould, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See ante, p. 174.]

■ Louis B. Stark v. Ruby H. Distelhurst et al.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ Frances W. Howlett v. Metcalfe Construction Company et al.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ Quality Egg Co., Inc., v. Henry Kurant.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

## Second Department, September, 1957

### (September 5, 1957)

■ In the Matter of Joseph Aiello et al., Respondents, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents. Seymour Friedman, Appellant.— Order affirmed, without costs. No opinion. Appeal from decision dismissed, without costs. No appeal lies from a decision. Wenzel, Murphy, Ughetta and Hallinan, JJ., concur; Nolan, P. J., concurs in the dismissal of the appeal from the decision but dissents from the affirmance of the order and votes to reverse the order and to deny the application, being of opinion that the evidence is insufficient as a matter of law to sustain the determination made at Special Term.

■ In the Matter of Wesley McD. Holder, Appellant, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of Harris J. Klein, Appellant, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents. (Republican Party.) — Order unanimously affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■